■ LINDA GREGOIRE, Respondent, v JAMES R. NEWMAN,

Appellant.—Order unanimously affirmed, with costs, for the reasons stated in memorandum decision at Supreme Court, Gossel, J. (Appeal from order of Supreme Court, Erie County, Gossel, J.—dismiss action, forum non conveniens.) Present— Dillon, P. J., Hancock, Jr., Denman, Green and Pine, JJ.